UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRANSAMERICA SHIP HOLDINGS, LTD., et al.,                         :
                                                                  :
                Petitioners,                                  :   25-CV-02827 (JAV)
                                                                  :
    -v-                                                           :   ORDER
                                                                  :
                                                                  :
MARINE CONTROL, INC., et al.,                                     :
                                                                  :
                Respondents.                                  :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 4, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **May 8, 2025**. Respondents' opposition, if any, is due on **May 29, 2025**. Petitioners' reply, if any, is due **June 5, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **May 8, 2025**, and shall file an affidavit of such service with the court no later than **May 9, 2025**.

SO ORDERED.

Dated: April 18, 2025
      New York, New York
                                                            JEANNETTE A. VARGAS
                                                           United States District Judge