**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRANSAMERICA SHIP HOLDINGS, LTD. and
U.S. SHIPBROKERS, LLC,

                    Petitioners,                        25 **CIVIL** 2827 (JAV)

        -against-                                   **JUDGMENT**

MARINE CONTROL, INC., LARRY SINGH and
SURETY UNLIMITED SERVICES, INC.,

                    Respondent.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 15, 2025, IT IS ORDERED AND ADJUDGED that the Petition is GRANTED, the March 24, 2025 arbitration award is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows: 1. Confirming the Award in all respects; 2. Awarding Petitioners $125,000, plus $18,696.60 in pre-judgment interest at the rate of 7% per annum, for a total of $143,696.60, jointly and severally against Singh and Marine Control pursuant to the Award; 3. Awarding Petitioners $200,000, plus $58,108.33 in pre-judgment interest at the rate of 7% per annum, for a total award of $258,108.33, jointly and severally against Singh and SUS pursuant to the Award; 3. Awarding Petitioners $15,000 in arbitral fees and $160.40 in costs arising out of this proceeding, jointly and severally against all Respondents; and 4. Awarding Petitioners post-judgment interest at the statutory rate. Accordingly, the case is closed.

**Dated**: New York, New York

September 15, 2025

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

BY:

_____

**Deputy Clerk**
